```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

NORTHLAND INSURANCE COMPANY                                PLAINTIFF

    v.                5:06-CV-05132-RTD

LEXINGTON INSURANCE COMPANY and
AMERICAN HOME ASSURANCE COMPANY                            DEFENDANTS
_____

WAL-MART STORES, INC.                     PLAINTIFF IN INTERVENTION

    v.

LEXINGTON INSURANCE COMPANY and
NORTHLAND INSURANCE COMPANY                                DEFENDANTS

## ORDER

Before the Court is the unopposed motion of Wal-Mart Stores, Inc. ("Wal-Mart"), requesting leave to intervene in this action. (Doc. 20) Upon review of Wal-Mart's motion, supporting brief, and attached exhibits, and for good cause shown, and absent objection from the parties to the action, the Court hereby finds that Wal-Mart has met the requirements for intervention required by Federal Rule of Civil Procedure 24.

IT IS THEREFORE ORDERED that the Motion for Leave to Intervene of Wal-Mart should be, and hereby is, GRANTED.

Within five (5) days from the date of entry of this Order, Wal-Mart shall file the following documents with the Court: (1) Answer to Complaint for Declaratory Judgment, attached as Exhibit "1" to Wal-Mart's Motion for Leave to Intervene; (2) Cross-Claim-in-Intervention for Express and Equitable Subrogation, Equitable Contribution and Declaratory Relief,

attached as Exhibit "2" to Wal-Mart's Motion for Leave to Intervene; and (3) Counter-Claim-in-Intervention for Declaratory Relief, attached as Exhibit "3" to Wal-Mart's Motion for Leave to Intervene.

    IT IS SO ORDERED THIS 17th day of January, 2007.


                                     /s/ Robert T. Dawson
                                     Honorable Robert T. Dawson
                                     United States District Judge

AO72A
(Rev. 8/82)